**STATE of Missouri, Respondent,**

v.

**Victor V. BROWN, Appellant.**

**Victor V. BROWN, Appellant,**

v.

**STATE of Missouri, Respondent.**

**Nos. WD 47976, WD 49232.**

Missouri Court of Appeals,
Western District.

Sept. 20, 1994.

Rebecca L. Kurz, Asst. Appellate Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Millie Aulbur, Asst. Atty. Gen., Jefferson City, for respondent.

Before ULRICH, P.J., and
LOWENSTEIN and HANNA, JJ.

*ORDER*

PER CURIAM:

Victor V. Brown appeals his conviction of burglary in the second degree, § 569.170, RSMo 1986, and denial of his Rule 29.15 motion for postconviction relief.

The conviction is affirmed pursuant to Rule 30.25(b). The denial of the Rule 29.15 motion for postconviction relief is affirmed pursuant to Rule 84.16(b).

■

**Shawn WILSON, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 49361.**

Missouri Court of Appeals,
Western District.

Sept. 20, 1994.

Patricia A. Richter, Asst. Appellate Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Millie Aulbur, Asst. Atty. Gen., Jefferson City, for respondent.

Before ULRICH, P.J.; and
LOWENSTEIN and HANNA, JJ.

*ORDER*

PER CURIAM:

Appeal from denial of Rule 24.035 motion for postconviction relief without an evidentiary hearing.

Judgment affirmed. Rule 84.16(b).